[No. 13725-5-I. Division One. September 2, 1986.]

DORIS L. BALCH, *Plaintiff*, VERNA LEE BELT, *Appellant*, v. ARTHUR KLEMPKE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 81-2-14302-4, Warren Chan, J., entered September 8, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 15303-0-I. Division One. September 2, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD F. FISH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00093-1, John F. Wilson, J., entered August 15, 1984. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 15007-3-I. Division One. September 2, 1986.]

*In the Matter of* VINCENT BAKER.

Appeal from a judgment of the Superior Court for King County, No. 82-7-00090-4, James D. McCutcheon, Jr., J., entered May 14, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster and Pekelis, JJ.